B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Everflora Chicago, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-3395667** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**10900 W. Belmont Avenue**<br>**Franklin Park, IL**                     ZIP Code<br>**60131** | Street Address of Joint Debtor (No. and Street, City, and State):                     ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                     ZIP Code | Mailing Address of Joint Debtor (if different from street address):                     ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ☐<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ■<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08)                                                                                                                      Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Everflora Chicago, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>     Signature of Attorney for Debtor(s)            (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Everflora Chicago, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Martin J. Weisenburger**
   Signature of Attorney for Debtor(s)

   **Martin J. Weisenburger**
   Printed Name of Attorney for Debtor(s)

   **Martin J. Weisenburger**
   Firm Name
   **8630 Wheeler Drive**
   **Orland Park, IL 60462**

_____
Address

                              **Email: martt1@softhome.net**
   **(708) 403-4470**
   Telephone Number

   **January 29, 2010**
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Peter Linney**
   Signature of Authorized Individual

   **Peter Linney**
   Printed Name of Authorized Individual

   **President**
   Title of Authorized Individual

   **January 29, 2010**
   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Everflora Chicago, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Baytree Leasing 100 Tri State International Suite 240 Lincolnshire, IL 60069** | | **Shore Tel telephone system lease** | | **19,792.08** |
| **Dell Financial Services P. O. Box 81577 Austin, TX 78705-1577** | | **Dell Computer equipment** | | **13,238.02** |
| Tahami & Cultiflores S.A. **km 5 Via Rionegro la Ceja Vereda Capiro Rionegro Columbia** | | trade debt | | **21,484.24** |
| MB Financial Bank, NA 7000 County Line Road Hinsdale, IL 60521 | | 2006 Land Rover | | 18,940.68 |
| Midwest Business Credit 710 E. Ogden Ave, Ste 690 Naperville, IL 60563 | | lien on all accounts receivable, inventory and property | | 232,787.26 |
| National Bankruptcy Service P.O. BOX 537901 Livonia, MI 48153-7901 | | 2008 Lincoln MKX | | 23,773.96 |
| Toyota Financial Services P.O. Box 8026 Cedar Rapids, IA 52409-8026 | | 2008 Toyota Rav4 | | 23,773.96 |
| Alpes Flowers/Larsen Trading km 2.8 via Tenjo a la Punta Tenjo, Cundinamarca Columbia | | trade debt | | 99,401.22 |
| Multiflora International P.O. Box 522214 Miami, FL 33152-2214 | | trade debt | | 79,413.48 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Everflora Chicago, Inc.**                                              Case No. _____

_____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Lynx Global<br>1480 N.W. 94th Avenue<br>Miami, FL 33172 | | trade debt | | 107,064.67 |
| Holex Flowers B.V.<br>P.O. Box 1190<br>1430 BD Aalsmeer<br>Nehterlands | | trade debt | | 20,357.18 |
| Bloemen Trading-Hosa<br>Via Siberia Cota 200Mts<br>Bodegas 39y40<br>Cota<br>Columbia | | trade debt | | 30,607.85 |
| Bloemen Trading-Denmar<br>Paris N41-43 Av. De Los<br>Granad<br>Quito, Ecuador | | trade debt | | 39,444.16 |
| Sunburst Farms, Inc.<br>P.O. Box 731128<br>Dallas, TX 75373-1128 | | trade debt | | 43,948.82 |
| Benilda S.A.C.I.<br>km 27.5 Via Bogata<br>Facatativa<br>Columbia | | trade debt | | 20,290.33 |
| Flores Los Sauces S.A.<br>P.O. Box 154<br>Rionegro-Antioquia<br>Columbia | | trade debt | | 26,998.75 |
| Flower Transfer<br>1480 N.W. 94th Avenue<br>Miami, FL 33172 | | trade debt | | 37,684.03 |
| Ermar Flora Co., Ltd.<br>153/3 Moo 1 Taveewattana<br>Taveewattana<br>Bankok 10170<br>Thailand | | trade debt | | 26,351.68 |
| Ermar Floral - freight<br>153/3 Moo 1 Taveewattana<br>Taveewattana<br>Bankok 10170<br>Thailand | | trade debt | | 21,014.71 |
| Golden Flowers<br>2600 N.W. 79th Avenue<br>Miami, FL 33122 | | trade debt | | 26,206.14 |

**B4 (Official Form 4) (12/07) - Cont.**

In re     **Everflora Chicago, Inc.**                                              Case No.     _____

                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date     **January 29, 2010**                          Signature     **/s/ Peter Linney**

                                                                       **Peter Linney**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

A&M Flower Growers, Inc.
13663 W. Telegraph Rd
Santa Paula, CA 93060


Access One, Inc.
820 W, Jackson Blvd.
Chicago, IL 60607


Advanced Cooler, Inc.
515 Illinois Street
Saint Charles, IL 60174


Aircargo.nl B.V.
P.O. Box 75526
1118 ZN Schiphol
Netherlands


Alon-Ha'Galill
P.O. Box 604
Wilmette, IL 60091


Alpes Flowers/Larsen Trading
Km 2.8 via Tenjo a la Punta
Tenjo, Cundinamarca
Columbia


AMC Floral
880 Estes
Elk Grove Village, IL 60007


American Airlines Freight
4255 Amon Carter Blvd. HDQ4428
Fort Worth, TX 76155


American Express
P.O. Box 0001
Los Angeles, CA 90096-8000


American Flower Group, Inc.
8410 N.W. 17th Street
Miami, FL 33126

American Oak Pres. Co., Inc.
601 Mulberry Street
P.O. Box 187
North Judson, IN 46366


Angie Calabrese
1217 E. Wildwood Lane
Mount Prospect, IL 60056


Arcolris
P.O. Box 018
Rionegro-Antioquia
Columbia


AT&T
P.O. Box 8100
Aurora, IL 60507-8100


B2B Computer Products
P.O. Box 3296
Glen Ellyn, IL 60138


Bay City Flower Co., Inc.
P.O. Box 186
Half Moon Bay, CA 94019-0186


Baytree Leasing
100 Tri State International
Suite 240
Lincolnshire, IL 60069


Belinda S.A.C.I.
km 27.5 Via Bogota
Facatativa
Columbia


Bloemen Trading-Denmar
Paris N41-43 Y Av. De Los Granados
Quito
Ecuador


Bloemen Trading-Hosa
Via Siberia Cota 200 Mts
Bodegas 39y40
Cota, Columbia

Blooming of Beloit
P.O. Box 604
Wilmette, IL 60091


Blue Cross Blue Shield of Illinois
300 E. Randolph Street
Chicago, IL 60601


Blue Water Growers
3112 Eastern Avenue
Grand Rapids, MI 49508


Bonnie Speed Delivery, Inc.
P.O. Box 6447
Cleveland, OH 44101


CamFlor, Inc.
P.O. Box 387
Watsonville, CA 95077


Candle Artisans,Inc.
P.O. BOX 190
Washington, NJ 07882


Carmel Flowers
km 8.5 Via Llanogrande
Rionegro-Antooquia
Columbia


CDI Logistics
35746 Woodvilla
Sterling Heights, MI 48312


Chandra Veerareddy


Chicago Trailer Pool Corp.
P.O. BOX 691
Palatine, IL 60078


CNA Insurance
333 S. Wabash Avenue
Chicago, IL 60604-4107

Combs, Ltd-Barrington Pointe
2300 N. Barrington Road
Suite 400
Hoffman Estates, IL 60169


Continental Floral Greens
PO Box 34536
San Antonio, TX 78265-4536


Corporate Benefit Administrator
3335 West St. Germain
Suite 201
Saint Cloud, MN 56301


Daw Brian
33215 Lake Road
Avon Lake, OH 44012


DeKoning & ZN-Bloemen Export BV
Poelgeesterweg 2
2341 NM Oegstgeest
Netherlands


Dell Financial Services
P. O. Box 81577
Austin, TX 78705-1577


Dependable Package delivery
P.O. Box 790396
Centerville, OH 45459-0396


Dependable Packing Solutions
1316 NW 155th Drive
Miami, FL 33169


Diebold & Associates. Ltd.
1340 remington Road
Suite U
Schaumburg, IL 60173


Direct Floral Source Intl
10 N. Martingale Road
Suite 400
Schaumburg, IL 60173

Dynamic Fire Protection, LLC
24306 Cedar Creek lane
Plainfield, IL 60586


EGM, Inc.
1010 Morse Avenue
Unit D
Schaumburg, IL 60193


Employees of Everflora Chicago, Inc
10900 W. Belmont
Franklin Park, IL 60131


Ermar Flora Co., Ltd
153/3 Moo 1 Taveewattana
Taveewattana-Bankok 10170
Thailand


Ermar Floral - Freight
153/3 Moo 1 Taveewattana
Taveewattana-Bankok 10170
Thailand


Eternal Flower Corp., Ltd.
Avenida Foch #510 y Avenida
Almagro, Edificio Mraiscal-Foch 6to
Ecuador


Ever-Bloom
4701 Foothill Road
Carpinteria, CA 93013


Farm Direct Company
Bogota
Columbia


Farmers' West
P.O. Box 600
Carpinteria, CA 93014


FedEx
P.O. Box 94515
Palatine, IL 60094-4515

Fernhill Holly Farms, Inc.
P.O. Box 1109
Astoria, OR 97103


Flora Pack
4019 Thirteenth Street
Jordan Station, ON LOR 150
Canada


Floralife, Inc.
Dept AT 952870
Atlanta, GA 31192-2870


Flores De Tomsa/Preesman Columbia
Calle 95 no. 17-09 Of 201
Sante Fe - Bogota
Columbia


Flores La Conchita/Santillana
Calle 27 B N 6-73 INT 1
Bogota
Columbia


Flores Los Sauces S.A.
P.O. Box 154
Rionegro-Antioquia
Columbia


Florida Beauty Flora
P.O. Box 528042
Miami, FL 33152


Flower Transfer
1480 N.W. 94th Avenue
Miami, FL 33172


Flowers Unlimited
Alemania E3-57 Guayanas
Quito
Ecuador


Foward Air, Inc.
P.O. Box 1058
Greeneville, TN 37744

Fresh Pack LLC
3294 Integrity Way
Fallbrook, CA 92028


Fritzhall Law Firm
6584 N. Northwest Highway
Chicago, IL 60631


Global Exchange
Cra 34 8A-09 Interior 201
Medellin, Antioquia
Columbia


Globalcom, Inc.
200 E. Randolph Street
Suite 2300
Chicago, IL 60601


Golden Flowers
2600 N.W. 79th Avenue
Miami, FL 33122


Graglia Fiori S.N.C. (USD)
Via Argine Sinistro Reg. Ponti
18018 Arma Di Taggia (IM)
Italy


Green Valley Floral, Inc.
P.O. Box 7605
Spreckels, CA 93962-7605


Guaardian Insurance
P.O. Box 95101
Chicago, IL 60694-5101


Heflor/Flortec S.A.
111East Hill Place
Nassau
Bahamas


Hill's Import, Inc.
675 California Road
Quakertown, PA 18951

Hinshaw Culbertson. LLP
4343 Commerce Court
Suite 415
Lisle, IL 60532


Holex Flowers B.V.
P.O. Box 1190
1430 BD Aalsmeer
Netherlands


Holland America Flowers
808 Albert Way
Arroyo Grande, CA 93420


Hosa International
1617 NW 84th Avenue
Miami, FL 33126


Hurd Farms, Inc.
106 Hurd Road
Edgerton, WI 53534


ICON Enterprises
P.O. Box 123
Beech Grove, IN 46107


INCAflowers
Sarmiento de Gamboa
OE5-58 e Hidalgo de Pinto, Quito
Ecuador


Iris Flowers
Calle 86 # 13-42, Piso 6
Bogota
Columbia


JDC International, Inc.
457 Crossen
Elk Grove Village, IL 60007


Jon Felly
2906 Marketplace Drive
Madison, WI 53719

Kendall Farms
4230 White Lilac Road
Fallbrook, CA 92028


KIF Property Trust
P.O. Box 415489
Boston, MA 02241-5489


Koen Pack
10485 NW 28th Street
Miami, FL 33172


Labor Power
2214 Algonquin Road
Rolling Meadows, IL 60008


LaGaitana Farms
Cra 7 N 14-28 Oficina 1055
Bogota
Columbia


Lanter Distributing
7101 S. Kostner
Chicago, IL 60629


LaPlazoleta Ltds. C.I.
Carrera 5 No. 35-11
Santefe De Bogota
Columbia


Liberty Blooms
P.O. Box 651488
Miami, FL 33265


Lynn Mayer's Great Lake Glads
652 S. Parham Road
Bronson, MI 49028


Lynx Global
1480 N.W. 94th Avenue
Miami, FL 33172


Magid Gloves & Safety Mfg Co., LLC
2060 N. Kolmar Avenue
Chicago, IL 60639-3483

Mats, Inc.
940 Aldrin Drive
Saint Paul, MN 55121


Mayfield Transfer Co., Inc.
3200 W. Lake Street
Melrose Park, IL 60160


MB Financial Bank, NA
7000 County Line Road
Hinsdale, IL 60521


Mellano & Company
766 S. Wall Street
Los Angeles, CA 90014


Mercury Express
1515 N. Warson
Suite 144W
Saint Louis, MO 63132


Metro Auto Delivery Pool
1295 Oakview Road
Long Lake, MN 55356


Midwest Business Credit
710 E. Ogden Avenue
Suite 690
Naperville, IL 60563


Miidwest Time Recorder, Inc.
7964 S. Madison Street
Willowbrook, IL 60527-5806


Montecarlo Gardens
Calle 100 Sur #48-102
La Estrella, Antioquia
Columbia


Mott Farms, Inc.
16200 S. 21st Street
Vicksburg, MI 49097

Mpack Corrugated Supplies, Inc.
460 Keller Drive
Unit B
Waukegan, IL 60085


Multiflora International
P.O. Box 522214
Miami, FL 33152-2214


National Bankruptcy Service
P.O. Box 537901
Livonia, MI 48153-7901


New Zealand Natural expots Lt
P.O. Box53107
Auckland Airport
Auckland, New Zeland


Nicor Gas
P.O. Box 2020
Aurora, IL 60507-2020


Pacific Floral Exchange, Inc.
16-685 Milo Street
Keaau, HI 96749


Pagter Innovations, Inc.
1544 W. Thorndale Avenue
Itasca, IL 60143


Peter Linney
447 Prestick Lane
Wheeling, IL 60090


Plantas Y Flores Ornamentales
Calle 33, Avenidas O y 8
Apartamento La California 8B
San Jose, Costa Rica


Prestige Delivery Systems, Inc.
P.O. Box 901700
Cleveland, OH 44190-1700

Progressive Transporation Services,
1151 N. Wood Dale Road
Wood Dale, IL 60191


Proline Mechanical, Inc.
2414 Millenium Drive
Elgin, IL 60123


Pyramid Flowers, Inc.
3813 W.Doris Avenue
Oxnard, CA 93030


Quitoflores
Alemania E3-57 y Guayanas Edif.
Alemania ofic - Quito
Ecuador


Resendiz Brothers Protea Grower
5467 Rainbow Creek Road
Fallbrook, CA 92028


Rock Creek Evergreens
1592 Rock Creek Road
Burnsville, NC 28714


Saia Motor Freight Line,Inc.
P.O. Box A, Station 1
Houma, LA 70363


San Jose Farms LTDA
Calle 127 B No. 45-23
Bogota
Columbia


Sande Ecuador Cla./Flower Group
Barclay House, Wickham Cay
Road Town, Tortola, Quito
Ecuador


Smithers-Oasis North America
P.O. Box 745
Kent, OH 44240

Southern Oak
5051 White Clay Pit Road
Haines City, FL 33844


Southwest Airlines
P.O. Box 97390
Dallas, TX 75397-7390


Spee-Dee Delivery Service
P.O. Box 1417
Saint Cloud, MN 56302-1417


Stoney Point
55787 Kinzie Road
Gays Mills, WI 54631


Sun Valley Group, Inc.
3160 Upper Bay Road
Arcata, CA 95521


Sunburst Farms, Inc.
P.O. Box 731128
Dallas, TX 75373-1128


Sutton Ferneries,Inc.
P.O. Box 226800
Miami, FL 33222


Syndicate Sales, Inc.
P.O. Box 756
Kokomo, IN 46903-0756


Tahami & Cultiflores S.A.
Km 5 Via Rionegro la Ceja
Vereda Capiro, Rionegro
Columbia


TDS Metrocom
525 Junction Road
Suite 6000
Madison, WI 53717-2105


Temkin International,Inc.
213 S. Temkin Way
Payson, UT 84651

Thrift Trucking, Inc.
P.O. Box 4141
Peoria, IL 61607


Top Dawg Delivery & Logistics
220 Eastview drive
Suite 103
Independence, OH 44131


Toshiba Business Solutions
2600 Stanley Gault Pkwy
Louisville, KY 40223


Towne Air Freight, Inc.
24805 US 20 West
South Bend, IN 46628


Toyota Financial Services
P.O. Box 8026
Cedar Rapids, IA 52409-8026


Transflora
1480 N.W. 94th Avenue
Miami, FL 33172


Tutuli Flower Farms
5600 Avenida Encinas #45
Carlsbad, CA 92008


Uniflor S.A.
Via Llanogrande, km 8.5
Rionegroo, Antioquia
Columbia


Universal Electric, Inc.
9412 Ballard Road
Crystal Lake, IL 60014


Valle verde/Rosa Nova
Alemania E3-57 y Guayanas Edif.
Alemania ofic, Quito
Ecuador

Van Dijk Bloemen B.V.
Postbus 1408
1430 BK Aalsmeer
Netherlands


Verizon Wireless
777 Big Timber Road
Elgin, IL 60123


Veterans Messenger Service
220 Aurthur Avenue
Elk Grove Village, IL 60007


Washington Evergreen Co-op
3125 140th Ave SW
Tenino, WA 98589


Winter Woods, Inc.
NorthernLights
P.O. Box 111
Glidden, WI 54527

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  EVERFLORA CHICAGO, INC.          )  Chapter  11
                                         )  Bankruptcy Case No.
                                         )
                                         )
          Debtor(s)                      )

## DECLARATION REGARDING ELECTRONIC FILING
### Signed by Debtor(s) or Corporate Representative
### To Be Used When Filing over the Internet

PART I - DECLARATION OF PETITIONER          Date: January 25, 2010
A.      To be completed in all cases.

        I(We) _____ PETER LINNEY _____ and _____, the undersigned
debtor(s), corporate officer, partner, or member, hereby declare under penalty of perjury that the information I(we) have
given my (our)attorney, including correct social security number(s) and the information provided in the electronically
filed petition, statements, schedules, and if applicable, application to pay filing fee in installments, and Application for Waiver of the
Chapter 7 Filing Fee, is true and correct. I(we) consent to my(our) attorney sending the petition, statements, schedules, and this
DECLARATION to the United States Bankruptcy Court. I(we) understand that this DECLARATION must be filed with the Clerk in
addition to the petition. I(we) understaand that failure to file this DECLARATION will cause this case to be dismissed pursuant to 11
U.S.C. sections 707(a) and 105.

B.      To be checked and applicable only if the petitioner is an individual (or individuals) whose
        debts are primarily consumer debts and who has (or have) chosen to file under chapter 7.

        ☐       I(we) am(are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11 United States
                Code; I(we) understand the relief available under each such chapter; I(we) choose to proceed under
                chapter 7; and I(we) request relief in accordance with chapter 7.

C.      To be checked and applicable only if the petition is a corporation, partnership, or limited
        liability entity.

        ☑       I declare under penalty of perjury that the information provided in this petition is true and correct and
                that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in
                accordance with the chapter specified in the petition.

Signature: _____          Signature: _____
        (Debtor or Corporate Officer, Partner or Member)              (Joint Debtor)