IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EVERFLORA CHICAGO, INC., | ) | NO. 10-3659 |
| | ) | Chapter 11 |
| Debtor, | ) | Judge Eugene Wedoff |

### FINAL ORDER AUTHORIZING TO USE OF CASH COLLATERAL

THIS CAUSE coming to be heard on Debtor's Motion for Authority to Use Cash Collateral, an interim order having been previously entered and extended from time to time, no objection having been made to motion, and the Court being fully advised in the premises.

IT IS ORDERED:

A. Debtor is authorized to use cash collateral as provided in the attached budget.

B. Midwest Business Credit, LLC is granted a replacement lien on all post petition property of the debtor-in-possession *to the same extent and validity as existed pre-petition on post-petition property.*

ENTER:

Dated: 4/1/10

Eugene R. Wedoff

MARTIN J. WEISENBURGER
ARDC NO. 2970783
8630 Wheeler Drive
Orland Park, IL 60462
(708) 403-4470

Everflora Chicago Inc.

| Year 2010 | February | March | April | May | June | Totals |
|---|---|---|---|---|---|---|
| **Budget** | | | | | | |
| Sales Holiday | $375,000.00 | $450,000.00 | $450,000.00 | $400,000.00 | $375,000.00 | |
| Sales After Holiday | $150,000.00 | | | $200,000.00 | | |
| **Total Sales** | $525,000.00 | $450,000.00 | $450,000.00 | $600,000.00 | $375,000.00 | $ 2,400,000.00 |
| Cost of Good | $367,500.00  70% | $315,000.00  70% | $315,000.00  70% | $420,000.00  70% | $262,500.00  70% | |
| **Gross Profit** | $157,500.00  30% | $135,000.00  30% | $135,000.00  30% | $180,000.00  30% | $112,500.00  30% | $ 720,000.00 |
| Expenses | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | |
| Holiday Expenses | $ 10,000.00 | | | $ 10,000.00 | | |
| **Total Expenses** | $135,000.00 | $125,000.00 | $125,000.00 | $135,000.00 | $125,000.00 | $ 645,000.00 |
| **Profit/Lost** | $ 22,500.00 | $ 10,000.00 | $ 10,000.00 | $ 45,000.00 | $ (12,500.00) | $ 75,000.00 |

**Note**
Legal Costs for the Chapter 11 not included
Trustee Costs for Chapter 11 not included
Any additional Financial Costs not included