**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| EVERFLORA CHICAGO, INC., | ) | Case No. 10 B 03659 |
| Debtor. | ) | Honorable Eugene R. Wedoff |

**NOTICE OF MOTION**

TO:   ALL ECF REGISTRANTS; and by FIRST CLASS MAIL TO:
Everflora Chicago, Inc., 10900 W Belmont Ave, Franklin, IL 60131
Peter Linney, 447 Prestwick Lane, Wheeling IL 60090
Martin Weisenburger, Esq., 8630 Wheeler Drive, Orland Park, Il 60462

PLEASE TAKE NOTICE that the undersigned has filed the attached **MOTION OF TRUSTEE TO COMPEL DEBTOR TO FILE DEBTOR-IN-POSSESSION FINAL REPORT**, and said motion shall be heard on **APRIL 10, 2013**, at the hour of **9:30 a.m.** before the Honorable Eugene R. Wedoff or any judge sitting in his stead, in Room 744, of the Dirksen Federal Building, 219 S Dearborn Street, Chicago, Illinois. A copy of the motion is attached hereto.

/s/ Deborah K. Ebner
DEBORAH K. EBNER

Deborah K. Ebner (#6181615)
Law Office of Deborah Kanner Ebner
11 East Adams Street
Suite 904
Chicago, IL 60603
(312) 922-3838

**CERTIFICATE OF SERVICE**

I, DEBORAH K. EBNER, hereby certify that on March 20, 2013, I caused copies of this Notice along with the attached Motion to be served via First Class Mail to the persons listed above and electronically to those registered to receive such notice for this case through the Court's ECF filing system.

/s/ Deborah K. Ebner

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| EVERFLORA CHICAGO, INC., | ) | Case No. 10 B 03659 |
| Debtor. | ) | Honorable Eugene R. Wedoff |

**MOTION OF TRUSTEE TO COMPEL DEBTOR**
**TO FILE DEBTOR-IN-POSSESSION FINAL REPORT**

Now comes DEBORAH K. EBNER, duly appointed Trustee in this case, and in support of her Motion to Compel Debtor to File Debtor-in-possession Final Report, states as follows:

1. On January 29, 2010, the captioned debtor (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. *et seq.* (the "Bankruptcy Code").

2. On February 16, 2011, an order was entered converting the captioned case to one under chapter 7 of the Bankruptcy Code. The Trustee was appointed on February 18, 2011.

3. Pursuant to Rule 1019(5)(a), Debtor is required to file a Debtor-in-possession final report within 14 days of the February 11, 2011 order of conversion.

4. Trustee has requested the foregoing information numerous times, but same has not been forthcoming. Trustee is unable to complete the claim objection process without the Debtor-in-possession Final Report.

**WHEREFORE**, Trustee prays that this Court compel Debtor to file the Debtor-in-possession Final Report within 30 days.

                                                                   Respectfully submitted,

                                                                   /s/Deborah K. Ebner
                                                               DEBORAH K. EBNER, as Trustee

Deborah K. Ebner (ARDC #6181615)
Law Office of Deborah Kanner Ebner
11 East Adams Street
Suite 904
Chicago, IL 60603
(312) 922-3838