IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EVERFLORA CHICAGO, INC. | ) | NO. 10-3659 |
| | ) | Chapter 11 |
| Debtor, | ) | Judge Eugene R. Wedoff |

## RULE 1019 FINAL REPORT AND ACCOUNT

TO: The Honorable Eugene R. Wedoff

NOW COMES EVERFLORA CHICAGO, INC., by its attorney, Martin J. Weisenburger, and makes its Rule 1019 Final Report and Account as follows:

1. On January 29, 2010 Debtor filed its Voluntary Petition for Relief under Chapter 11 of the United States Bankruptcy Code.

2. On February 16, 2011 an order was entered converting this case from a case under Chapter 11 to a case under Chapter 7 of the Bankruptcy Code.

3. On March 22, 2011 a Rule 1019 Schedule of Post Petition Debts was filed.

4. On March 29, 2011 a Final Summary of Cash Receipts and Disbursements, a copy of which is attached hereto as Exhibit A, was filed.

5. At the initial 341 Meeting, Peter Linney tendered the $980.50 petty cash shown on Exhibit A to the Chapter 7 trustee.

6. All accounts receivable and most unsecured physical assets were sold pursuant to an Order to Sell Assets Free and Clear of Liens, Encumbrances and Interests entered January 19, 2011. The proceeds of said sale were paid to Midwest Business Credit, LLC in satisfaction of its secured lien claim and said order.

7. All unsecured assets not sold pursuant to the January 19, 2011 order were abandon by the

Chapter 7 trustee pursuant to an order entered June 22, 2011.

8. An Order Approving Second Application for Allowance of Compensation and Expenses of Martin J. Weisenburger was entered April 13, 2011 in the amount of $9,496.25 compensation and $6,544.43 reimbursement of expenses.

9. During the term of the bankruptcy proceedings prior to conversion, the debtor in possession prepared and filed monthly Summary of Cash Receipts and Disbursements with the court showing all monies received and disbursed, and the disposition of all property of the estate during that time period. Said monthly reports are incorporated by reference into this Final Report and Account.

10. To the knowledge of the Debtor-in-Possession there are no other assets or property belonging to the estate.

WHEREFORE, Debtor-in-Possession prays this Final Report and Account be approved.

Respectfully submitted,

Peter Linney, for Debtor-In-Possession

MARTIN J. WEISENBURGER
ARDC No. 2970783
8630 Wheeler Drive
Orland Park, IL 60462
(708) 403-4470