# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: EVERFLORA CHICAGO, INC. | § Case No. 10-03659 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   219 S. Dearborn St., 7th Floor, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 05/07/2014 in Courtroom 744, United States Courthouse, 219 S. Dearborn St., 7th Floor, Chicago, IL 60604.
   If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.


   Date Mailed:  03/31/2014        By:  /s/DEBORAH K. EBNER
                                        Trustee

   DEBORAH K. EBNER, Trustee
   11 EAST ADAMS STREET
   SUITE 904
   CHICAGO, IL  60603
   (312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: EVERFLORA CHICAGO, INC.    § Case No. 10-03659
                                  §
                                  §
Debtor(s)                         §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*           $    16,216.39

*and approved disbursements of*                $       852.08

*leaving a balance on hand of* [1]              $    15,364.31

**Balance on hand:**                            $    15,364.31

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $        0.00
Remaining balance:                       $   15,364.31

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Deborah K. Ebner | 2,371.64 | 0.00 | 2,371.64 |
| Trustee, Expenses - DEBORAH K. EBNER | 58.99 | 0.00 | 58.99 |
| Accountant for Trustee, Fees - Lois West | 2,689.00 | 0.00 | 2,689.00 |

Total to be paid for chapter 7 administration expenses:   $    5,119.63
Remaining balance:                                        $   10,244.68

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Other Fees: Martin J. Weisenburger | 9,496.25 | 0.00 | 3,825.47 |
| Other Expenses: Blue Cross Blue Shield of Illinois | 9,390.43 | 0.00 | 3,782.85 |
| Other Expenses: Martin J. Weisenburger | 6,544.43 | 0.00 | 2,636.36 |

Total to be paid for prior chapter administrative expenses:   $   10,244.68
Remaining balance:   $   0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $16,034.02 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 6 | JDC International, Inc. | 955.09 | 0.00 | 0.00 |
| 68 | Blue Cross Blue Shield of Illinois | 14,227.18 | 0.00 | 0.00 |
| 72P | Wisconsin Department of Revenue | 851.75 | 0.00 | 0.00 |

Total to be paid for priority claims:   $   0.00
Remaining balance:   $   0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,461,000.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 4 | Syndicate Sales, Inc. | 683.14 | 0.00 | 0.00 |
| 10 | Pacific Floral Exchange, Inc. | 2,756.43 | 0.00 | 0.00 |
| 11 | Magid Gloves & Safety Mfg Co., LLC | 354.84 | 0.00 | 0.00 |
| 12 | Floral Express Inc | 12,110.19 | 0.00 | 0.00 |
| 13 | Blooming of Beloit | 65.28 | 0.00 | 0.00 |
| 14 | Toyota Motor Credit Corporation | 24,574.17 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 15 | Holex Flower BV Betula 61 | 26,357.18 | 0.00 | 0.00 |
| 16 | Alon-Ha'Galill | 1,749.50 | 0.00 | 0.00 |
| 17 | Van Dijk Bloemen B.V. | 9,395.08 | 0.00 | 0.00 |
| 19 | Combs, Ltd-Barrington Pointe | 1,223.91 | 0.00 | 0.00 |
| 21 | Landrover Capital Group | 12,769.04 | 0.00 | 0.00 |
| 22 | Ford Motor Credit Company LLC | 24,368.32 | 0.00 | 0.00 |
| 23 | Winter Woods, Inc. | 6,445.11 | 0.00 | 0.00 |
| 26 | EGM, Inc. | 1,085.12 | 0.00 | 0.00 |
| 28 | Access One, Inc. | 1,350.04 | 0.00 | 0.00 |
| 29 | Aircargo.nl B.V. | 5,700.34 | 0.00 | 0.00 |
| 30 | Quitoflores | 1,029.60 | 0.00 | 0.00 |
| 31 | Valle verde/Rosa Nova | 2,296.66 | 0.00 | 0.00 |
| 32 | Flowers Unlimited | 10,997.17 | 0.00 | 0.00 |
| 33 | Atlas Flowers Inc | 26,973.59 | 0.00 | 0.00 |
| 36 -2 | Insoftvision LLC | 656,000.00 | 0.00 | 0.00 |
| 37 | American Express Bank, FSB | 5,498.93 | 0.00 | 0.00 |
| 38 | Mats, Inc. | 184.86 | 0.00 | 0.00 |
| 39 | Bay City Flower Co., Inc. | 1,079.40 | 0.00 | 0.00 |
| 41 | Hurd Farms, Inc. | 2,697.00 | 0.00 | 0.00 |
| 42 | Sun Valley Group, Inc. | 1,678.88 | 0.00 | 0.00 |
| 43 | Verizon Wireless | 1,016.74 | 0.00 | 0.00 |
| 45 | Hinshaw & Culbertson LLP | 2,819.08 | 0.00 | 0.00 |
| 47 | Temkin International,Inc. | 8,070.60 | 0.00 | 0.00 |
| 48 | Direct Floral Source Intl | 11,232.55 | 0.00 | 0.00 |
| 49 | B2B Computer Products | 3,910.25 | 0.00 | 0.00 |
| 50 | Mpack Corrugated Supplies, Inc. | 5,489.18 | 0.00 | 0.00 |
| 51 | Diebold & Associates. Ltd. | 2,160.00 | 0.00 | 0.00 |
| 52 | Lynn Mayer's Great Lake Glads | 5,694.90 | 0.00 | 0.00 |
| 53 | Fernhill Holly Farms, Inc. | 19,078.71 | 0.00 | 0.00 |
| 54 | Candle Artisans,Inc. | 268.20 | 0.00 | 0.00 |
| 55 | American Oak Pres. Co., Inc. | 2,576.00 | 0.00 | 0.00 |
| 56 | Lynx Global Corp | 106,805.72 | 0.00 | 0.00 |
| 57 | Mott Farms, Inc. | 4,242.50 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 58 | Baytree Leasing | 19,704.15 | 0.00 | 0.00 |
| 59 | Florida Beauty Flora | 8,149.67 | 0.00 | 0.00 |
| 60 | DeKoning & ZN-Bloemen Export BV | 5,684.77 | 0.00 | 0.00 |
| 61 | Flora Pack Incorporated | 8,454.90 | 0.00 | 0.00 |
| 62 | Floralife, Inc. | 3,029.88 | 0.00 | 0.00 |
| 63 | Smithers-Oasis North America | 573.90 | 0.00 | 0.00 |
| 64 | Progressive Transporation Services, | 15,884.78 | 0.00 | 0.00 |
| 65 | Continental Floral Greens | 38,423.20 | 0.00 | 0.00 |
| 66 | Guardian Insurance | 1,617.27 | 0.00 | 0.00 |
| 67 | Veterans Messenger Service | 1,188.57 | 0.00 | 0.00 |
| 69 | Peter A Linney | 115,204.82 | 0.00 | 0.00 |
| 70 | Angie Calabrese | 113,880.15 | 0.00 | 0.00 |
| 71 | Floral Fashions Properties | 122,416.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:    $         0.00
Remaining balance:    $         0.00

Tardily filed claims of general (unsecured) creditors totaling $ 337.50 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 72U | Wisconsin Department of Revenue | 337.50 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:    $         0.00
Remaining balance:    $         0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $   0.00
Remaining balance: $   0.00

Prepared By:  /s/DEBORAH K. EBNER, Trustee
              Trustee

DEBORAH K. EBNER, Trustee
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-03659-ERW
Everflora Chicago, Inc.                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cgreen              Page 1 of 4              Date Rcvd: Apr 01, 2014
                              Form ID: pdf006           Total Noticed: 166

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2014.
```
db          +Everflora Chicago, Inc.,    10900 W. Belmont Avenue,   Franklin Park, IL 60131-1415
15038101    +A&M Flower Growers, Inc.,    13663 W. Telegraph Rd,    Santa Paula, CA 93060-9722
15038107    +AMC Floral,    880 Estes,   Elk Grove Village, IL 60007-4904
15038103    +Advanced Cooler, Inc.,    515 Illinois Street,    Saint Charles, IL 60174-2751
15038104     Aircargo.nl B.V.,    P.O. Box 75526,    1118 ZN Schiphol,   Netherlands
15038105    +Alon-Ha'Galill,    P.O. Box 604,    Wilmette, IL 60091-0604
15038108    +American Airlines Freight,    4255 Amon Carter Blvd. HDQ4428,    Fort Worth, TX 76155-2603
15038109     American Express,    P.O. Box 0001,    Los Angeles, CA 90096-8000
15327127     American Express Bank, FSB,    c/o Becket and Lee LLP,    Attorneys/Agent for Creditor,   POB 3001,
              Malvern, PA 19355-0701
15038111    +American Oak Pres. Co., Inc.,     601 Mulberry Street,   P.O. Box 187,
              North Judson, IN 46366-0187
15038112    +Angie Calabrese,    1217 E. Wildwood Lane,    Mount Prospect, IL 60056-2660
15038113     Arcolris,    P.O. Box 018,   Rionegro-Antioquia,    Columbia
15261800    +Atlas Flowers Inc,    Euler Hermes ACI,    Agent of Atlas Flowers Inc,   800 Red Brook Boulevard,
              Owings Mills, MD 21117-5173
15038115    +B2B Computer Products,    P.O. Box 3296,    Glen Ellyn, IL 60138-3296
15258237    +Bank of America NA,    901 Main Street 64th Flr,    Dallas, TX 75202-3738
15038116     Bay City Flower Co., Inc.,    P.O. Box 186,   Half Moon Bay, CA 94019-0186
15038118     Belinda S.A.C.I.,    km 27.5 Via Bogota,    Facatativa,   Columbia
15038119     Bloemen Trading-Denmar,    Paris N41-43 Y Av. De Los Granados,    Quito,   Ecuador
15038120     Bloemen Trading-Hosa,    Via Siberia Cota 200 Mts,    Bodegas 39y40,   Cota, Columbia
15038121    +Blooming of Beloit,    P.O. Box 604,    Wilmette, IL 60091-0604
15038122    +Blue Cross Blue Shield of Illinois,    Michelle A Mendez, Hunton & Williams LLP,
              1445 Ross Avenue Suite 3700,    Dallas, TX 75202-2755
15038123    +Blue Water Growers,    3112 Eastern Avenue,    Grand Rapids, MI 49508-1323
15038124    +Bonnie Speed Delivery, Inc.,    P.O. Box 6447,   Cleveland, OH 44101-1447
15038128    +CDI Logistics,    35746 Woodvilla,    Sterling Heights, MI 48312-4463
15038131    +CNA Insurance,    333 S. Wabash Avenue,    Chicago, IL 60604-4153
15038126    +Candle Artisans,Inc.,    P.O. BOX 190,   Washington, NJ 07882-0190
15038127     Carmel Flowers,    km 8.5 Via Llanogrande,    Rionegro-Antooquia,   Columbia
15038129    +Chandra Veerareddy,    c/o Fritzhall Law Firm,    6584 N Northwest Highway,
              Chicago, Il 60631-1415
15038130     Chicago Trailer Pool Corp.,    P.O. BOX 691,   Palatine, IL 60078-0691
15038132    +Combs, Ltd-Barrington Pointe,    2300 N. Barrington Road,    Suite 400,
              Hoffman Estates, IL 60169-2036
15038133     Continental Floral Greens,    PO Box 34536,   San Antonio, TX 78265-4536
15038134    +Corporate Benefit Administrator,    3335 West St. Germain,    Suite 201,
              Saint Cloud, MN 56301-7321
15038137    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services,     P. O. Box 81577,   Austin, TX 78705-1577)
15038135    +Daw Brian,    33215 Lake Road,   Avon Lake, OH 44012-1332
15038136     DeKoning & ZN-Bloemen Export BV,    Poelgeesterweg 2,    2341 NM Oegstgeest,   Netherlands
17085086     Dependable Package Delivery,    PO Box 790396,   Dayton, OH 45459-0396
15038138     Dependable Package delivery,    P.O. Box 790396,    Centerville, OH 45459-0396
15038139     Dependable Packing Solutions,    1316 NW 155th Drive,    Miami, FL 33169
15038140    +Diebold & Associates. Ltd.,    1340 remington Road,    Suite U,   Schaumburg, IL 60173-4821
17085087    +Direct Trucking Inc,    PO Box 1019,   Chehalis, WA 98532-0139
15038142    #+Dynamic Fire Protection, LLC,    24306 Cedar Creek lane,    Plainfield, IL 60586-2265
15038143    #+EGM, Inc.,    1010 Morse Avenue,   Unit D,   Schaumburg, IL 60193-4584
15038144    +Employees of Everflora Chicago, Inc,    10900 W. Belmont,    Franklin Park, IL 60131-1415
15038145     Ermar Flora Co., Ltd,    153/3 Moo 1 Taveewattana,    Taveewattana-Bankok 10170,   Thailand
15038146     Ermar Floral - Freight,    153/3 Moo 1 Taveewattana,    Taveewattana-Bankok 10170,   Thailand
15038147     Eternal Flower Corp., Ltd.,    Avenida Foch #510 y Avenida,    Almagro, Edificio Mraiscal-Foch 6to,
              Ecuador
15038148    +Ever-Bloom,    4701 Foothill Road,   Carpinteria, CA 93013-3098
15168467    ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
             (address filed with court: Ford Motor Credit Company LLC,     Drawer 55-953,   P.O. Box 55000,
              Detriot, MI 48255-0953)
15038149     Farm Direct Company,    Bogota,   Columbia
15038150    +Farmers' West,    P.O. Box 600,   Carpinteria, CA 93014-0600
15038151     FedEx,    P.O. Box 94515,   Palatine, IL 60094-4515
16579413    +Fernhill Holly Farms Inc,    92668 Fernhill Rd,   Astoria OR 97103-8206
15038152    +Fernhill Holly Farms, Inc.,    P.O. Box 1109,   Astoria, OR 97103-1109
15038153     Flora Pack Incorporated,    4019 Thirteenth Street,    Jordan Station, ON LORISO,   Canada
15141523    +Floral Express Inc,    c/o James Richards President,    Floral Express Inc,   620 Supreme Drive,
              Bensenville, IL 60106-1158
17365797    +Floral Fashions Properties,    Floral Partners,    10900 West Belmont Ave,   Suite 300,
              Franklin Park, IL 60131-1415
17085089    +Floral Signatures,    1251 Naperville Dr,   Romeoville, IL 60446-1041
15038154     Floralife, Inc.,    Dept AT 952870,   Atlanta, GA 31192-2870
17085090     Florecal SA,    Pan Norte km 2 1/2,   Cayambe, Equador
15038155     Flores De Tomsa/Preesman Columbia,    Calle 95 no. 17-09 Of 201,    Sante Fe - Bogota,   Columbia
15038156     Flores La Conchita/Santillana,    Calle 27 B N 6-73 INT 1,    Bogota,   Columbia
```

```
District/off: 0752-1          User: cgreen              Page 2 of 4                   Date Rcvd: Apr 01, 2014
                              Form ID: pdf006           Total Noticed: 166

15038157      Flores Los Sauces S.A.,    P.O. Box 154,    Rionegro-Antioquia,    Columbia
15038158     +Florida Beauty Flora,    P.O. Box 528042,    Miami, FL 33152-8042
15038159     +Flower Transfer,    1480 N.W. 94th Avenue,    Miami, FL 33172-2850
15038160      Flowers Unlimited,    Alemania E3-57 Guayanas,    Quito,    Ecuador
15038161     +Foward Air, Inc.,    P.O. Box 1058,    Greeneville, TN 37744-1058
15038162     +Fresh Pack LLC,    3294 Integrity Way,    Fallbrook, CA 92028-9066
15038163     +Fritzhall Law Firm,    6584 N. Northwest Highway,    Chicago, IL 60631-1415
17085195     +Giftwares Co Inc,    d/b/a Pots Company,    436 First Avenue,    Royersford, PA 19468-2247
15038164      Global Exchange,    Cra 34 8A-09 Interior 201,    Medellin, Antioquia,    Columbia
15038165     +Globalcom, Inc.,    200 E. Randolph Street,    Suite 2300,    Chicago, IL 60601-6434
15038166     +Golden Flowers,    2600 N.W. 79th Avenue,    Miami, FL 33122-1035
15038167      Graglia Fiori S.N.C. (USD),    Via Argine Sinistro Reg. Ponti,    18018 Arma Di Taggia (IM),
                Italy
15038168      Green Valley Floral, Inc.,    P.O. Box 7605,    Spreckels, CA 93962-7605
15038169      Guaardian Insurance,    P.O. Box 95101,    Chicago, IL 60694-5101
15038170      Heflor/Flortec S.A.,    111East Hill Place,    Nassau,    Bahamas
15038171     +Hill’s Import, Inc.,    675 California Road,    Quakertown, PA 18951-2478
16419888     +Hinshaw & Culbertson LLP,    222 N Lasalle St 3rd Flr,    Chicago, Il 60601-1013
15038172     +Hinshaw Culbertson. LLP,    4343 Commerce Court,    Suite 415,    Lisle, IL 60532-3655
15149725     +Holex Flower BV Betula 61,    c/o ABC Amega Inc,    Attn Bob Tharnish,    1100 Main Street,
                Buffalo, NY 14209-2308
15038173      Holex Flowers B.V.,    P.O. Box 1190,    1430 BD Aalsmeer,    Netherlands
15038174     +Holland America Flowers,    808 Albert Way,    Arroyo Grande, CA 93420-5828
15038175     +Hosa International,    1617 NW 84th Avenue,    Miami, FL 33126-1031
15038176     +Hurd Farms, Inc.,    106 Hurd Road,    Edgerton, WI 53534-8618
15038177     +ICON Enterprises,    P.O. Box 123,    Beech Grove, IN 46107-0123
15038178      INCAflowers,    Sarmiento de Gamboa,    OE5-58 e Hidalgo de Pinto, Quito,    Ecuador
16691391     +Insoftvision LLC,    c/o Frizshall & Pawlowski,    6584 N Northwest Hwy,    Chicago, IL 60631-1415
15038179      Iris Flowers,    Calle 86 # 13-42, Piso 6,    Bogota,    Columbia
15038180     +JDC International, Inc.,    457 Crossen,    Elk Grove Village, IL 60007-2003
15038181     +Jon Felly,    2906 Marketplace Drive,    Madison, WI 53719-5330
15038183      KIF Property Trust,    P.O. Box 415489,    Boston, MA 02241-5489
15258236     +KTR Chicago LLC,    c/o KIF Porperty,    5 Tower Bridge,    300 Barr Harbor Drive Ste 150,
                Conshohocken, PA 19428-3822
15038182     +Kendall Farms,    4230 White Lilac Road,    Fallbrook, CA 92028-8802
15038184     +Koen Pack,    10485 NW 28th Street,    Miami, FL 33172-2152
15038186      LaGaitana Farms,    Cra 7 N 14-28 Oficina 1055,    Bogota,    Columbia
15038185     +Labor Power,    2214 Algonquin Road,    Rolling Meadows, IL 60008-3608
15038187     +Lanter Distributing,    7101 S. Kostner,    Chicago, IL 60629-5836
15038189     +Liberty Blooms,    P.O. Box 651488,    Miami, FL 33265-1488
15038190     +Lynn Mayer’s Great Lake Glads,    652 S. Parham Road,    Contact: Lorinda Ratkowski,
                Bronson, MI 49028-9210
15038191     +Lynx Global Corp,    1480 N.W. 94th Avenue,    Miami, FL 33172-2850
15038195      MB Financial Bank, NA,    7000 County Line Road,    Hinsdale, IL 60521
15038192     +Magid Gloves & Safety Mfg Co., LLC,    2060 N. Kolmar Avenue,    Chicago, IL 60639-3418
17085135      MassMutual Financial Grp,    PO Box 371368,    Pittsburg, PA 15250-7368
15038193     +Mats, Inc.,    940 Aldrin Drive,    Saint Paul, MN 55121-3455
15038194     +Mayfield Transfer Co., Inc.,    3200 W. Lake Street,    Melrose Park, IL 60160-2897
15038196     +Mellano & Company,    766 S. Wall Street,    Los Angeles, CA 90014-2316
15038197     +Mercury Express,    1515 N. Warson,    Suite 144W,    Saint Louis, MO 63132-1168
17085153     +Metro Auto Delivery,    3346 Grimes Avenue North,    Robbinsdale, MN 55422-3221
15038198     +Metro Auto Delivery Pool,    1295 Oakview Road,    Long Lake, MN 55356-9595
15038200      Miidwest Time Recorder, Inc.,    7964 S. Madison Street,    Willowbrook, IL 60527-5806
15038201      Montecarlo Gardens,    Calle 100 Sur #48-102,    La Estrella, Antioquia,    Columbia
15038202     +Mott Farms, Inc.,    16200 S. 21st Street,    Vicksburg, MI 49097-8766
15038203     +Mpack Corrugated Supplies, Inc.,    460 Keller Drive,    Unit B,    Waukegan, IL 60085-4708
15038204      Multiflora International,    P.O. Box 522214,    Miami, FL 33152-2214
17085248     +National Orchids Inc,    6920 NW 46th St,    Miami, FL 33166-5604
15038208     +Pacific Floral Exchange, Inc.,    16-685 Milo Street,    Keaau, HI 96749-8149
17085194      Passiflora s.s,    Via del Piano 151,    18018 Taggia-Italy
15038210     +Peter A Linney,    447 Prestick Lane,    Wheeling, IL 60090-6229
15038211      Plantas Y Flores Ornamentales,    Calle 33, Avenidas O y 8,    Apartamento La California 8B,
                San Jose, Costa Rica
15038212      Prestige Delivery Systems, Inc.,    P.O. Box 901700,    Cleveland, OH 44190-1700
15038213     +Progressive Transpotation Services,,    1151 N. Wood Dale Road,    Wood Dale, IL 60191-1059
15038214     +Proline Mechanical, Inc.,    2414 Millenium Drive,    Elgin, IL 60124-7827
15038215     +Pyramid Flowers, Inc.,    3813 W.Doris Avenue,    Oxnard, CA 93030-4706
15038216      Quitoflores,    Alemania E3-57 y Guayanas Edif.,    Alemania ofic - Quito,    Ecuador
15038217     +Resendiz Brothers Protea Grower,    5467 Rainbow Creek Road,    Fallbrook, CA 92028-9616
15038218     +Rock Creek Evergreens,    1592 Rock Creek Road,    Burnsville, NC 28714-6519
17085231      Roots Peru,    AV. Arequipa 3510,    San Isidro,    Lima 27 Peru
15038219     +Saia Motor Freight Line,Inc.,    P.O. Box A, Station 1,    Houma, LA 70361-5901
15038220      San Jose Farms LTDA,    Calle 127 B No. 45-23,    Bogota,    Columbia
15038221      Sande Ecuador Cla./Flower Group,    Barclay House, Wickham Cay,    Road Town, Tortola, Quito,
                Ecuador
15258235     +Scott Laplant,    28W745 Hawthorne Lane,    West Chicago, Il 60185-2481
15038222     +Smithers-Oasis North America,    P.O. Box 745,    Kent, OH 44240-0014
15038223     +Southern Oak,    5051 White Clay Pit Road,    Haines City, FL 33844-9769
15038224      Southwest Airlines,    P.O. Box 97390,    Dallas, TX 75397-7390
15038225      Spee-Dee Delivery Service,    P.O. Box 1417,    Saint Cloud, MN 56302-1417
```

```
District/off: 0752-1          User: cgreen              Page 3 of 4            Date Rcvd: Apr 01, 2014
                              Form ID: pdf006           Total Noticed: 166


17085232      Star Valley Flowers,    51468 County Road C,    Soldiers Grove, WI 54655-8544
15038226     +Stoney Point,    55787 Kinzie Road,    Gays Mills, WI 54631-8154
15038227     +Sun Valley Group, Inc.,    3160 Upper Bay Road,    Arcata, CA 95521-9690
15038228      Sunburst Farms, Inc.,    P.O. Box 731128,    Dallas, TX 75373-1128
15038229     +Sutton Ferneries,Inc.,    P.O. Box 226800,    Miami, FL 33222-6800
15038230      Syndicate Sales, Inc.,    P.O. Box 756,    Kokomo, IN 46903-0756
15038238    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Financial Services,    P.O. Box 8026,
               Cedar Rapids, IA 52409-8026)
15038233     +Temkin International,Inc.,    213 S. Temkin Way,    Payson, UT 84651-5600
15038234     +Thrift Trucking, Inc.,    P.O. Box 4141,    Peoria, IL 61607-0141
15038235     +Top Dawg Delivery & Logistics,    220 Eastview drive,    Suite 103,    Independence, OH 44131-1039
15038236     +Toshiba Business Solutions,    2600 Stanley Gault Pkwy,    Louisville, KY 40223-5131
15038237     +Towne Air Freight, Inc.,    24805 US 20 West,    South Bend, IN 46628-5911
15038239     +Transflora,    1480 N.W. 94th Avenue,    Miami, FL 33172-2850
17085241      Tulipan Flowers,    Av. Diego DeVasquezy Occidental,    Quito, Equador
15038241      Uniflor S.A.,    Via Llanogrande, km 8.5,    Rionegroo, Antioquia,   Columbia
15038242     +Universal Electric, Inc.,    9412 Ballard Road,    Crystal Lake, IL 60014-4830
15038243      Valle verde/Rosa Nova,    Alemania E3-57 y Guayanas Edif.,    Alemania ofic, Quito,    Ecuador
15038244      Van Dijk Bloemen B.V.,    Postbus 1408,    1430 BK Aalsmeer,    Netherlands
15038245     +Verizon Wireless,    777 Big Timber Road,    Elgin, IL 60123-1401
15038246      Veterans Messenger Service,    220 Aurthur Avenue,    Elk Grove Village, IL 60007
17085245     +WJ Cowee Inc,    26 Mill Plain Rd,    Danbury, CT 06811-5186
15038247     +Washington Evergreen Co-op,    3125 140th Ave SW,    Tenino, WA 98589-9457
15038248     +Winter Woods, Inc.,    NorthernLights,    P.O. Box 111,    Glidden, WI 54527-0111
18325634      Wisconsin Department of Revenue,    Special Procedures Unit,    POB 8901,    Madison, WI 53708-8901
17085246      Zion Flowers,    Vereda el Chuscal,    El retiro,    Anticquia, Columbia
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15038114      E-mail/Text: g17768@att.com Apr 02 2014 02:13:40     AT&T,    P.O. Box 8100,
               Aurora, IL 60507-8100
15038102     +E-mail/Text: joelm@accessoneinc.com Apr 02 2014 02:14:44     Access One, Inc.,
               820 W, Jackson Blvd.,    Chicago, IL 60607-3057
15038125     +E-mail/Text: zandra@camflor.com Apr 02 2014 02:16:09     CamFlor, Inc.,    P.O. Box 387,
               Watsonville, CA 95077-0387
15151512      E-mail/Text: cio.bncmail@irs.gov Apr 02 2014 02:13:55     Department of Treasury,
               Internal Revenue Service,    P.O. Box 21126,    Philadelphia,PA 19114
15038207      E-mail/Text: bankrup@aglresources.com Apr 02 2014 02:13:23     Nicor Gas,    P.O. Box 2020,
               Aurora, IL 60507-2020
15038213     +E-mail/Text: rsmith@progressive-ord.com Apr 02 2014 02:15:44
               Progressive Transpoation Services,,    1151 N. Wood Dale Road,    Wood Dale, IL 60191-1059
15038232     +E-mail/Text: bankruptcynotices@tdstelecom.com Apr 02 2014 02:13:34     TDS Metrocom,
               525 Junction Road,    Suite 6000,    Madison, WI 53717-2153
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15038106      Alpes Flowers/Larsen Trading,    Km 2.8 via Tenjo a la Punta,    Tenjo, Cundinamarca,    Columbia
15038188      LaPlazoleta Ltds. C.I.,    Carrera 5 No. 35-11,    Santefe De Bogota,    Columbia
15038206      New Zealand Natural expots Lt,    P.O. Box53107,    Auckland Airport,    Auckland, New Zeland
15038231      Tahami & Cultiflores S.A.,    Km 5 Via Rionegro la Ceja,    Vereda Capiro, Rionegro,    Columbia
15168336*   ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
             (address filed with court: Landrover Capital Group,    Drawer 55-953,    P.O.Box 55000,
               Detriot, MI 48255-0953)
15038205*   ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
             (address filed with court: National Bankruptcy Service,    P.O. Box 537901,
               Livonia, MI 48153-7901)
15144517*   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit Corporation,    Toyota Financial Services Lexus,
               Financial Services,    5005 North River Blvd., N.E.,    Cedar Rapids, IA 52411-6634)
15038110    ##+American Flower Group, Inc.,    8410 N.W. 17th Street,    Miami, FL 33126-1010
15038117    ##+Baytree Leasing,    100 Tri State International,    Suite 240,    Lincolnshire, IL 60069-4418
15038141    ##+Direct Floral Source Intl,    10 N. Martingale Road,    Suite 400,    Schaumburg, IL 60173-2411
15038199    ##+Midwest Business Credit,    710 E. Ogden Avenue,    Suite 690,    Naperville, IL 60563-8641
15038209    ##+Pagter Innovations, Inc.,    1544 W. Thorndale Avenue,    Itasca, IL 60143-1133
15038240    ##+Tutuli Flower Farms,    5600 Avenida Encinas #45,    Carlsbad, CA 92008-4451
15973751    ##+Verizon Wireless,    PO BOX 3397,    Bloomington, IL 61702-3397
                                                                                   TOTALS: 4, * 3, ## 7

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-1          User: cgreen              Page 4 of 4              Date Rcvd: Apr 01, 2014
                              Form ID: pdf006           Total Noticed: 166
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2014 at the address(es) listed below:

```
              Brad J Pawlowski    on behalf of Creditor Chandana  Veerareddy brad@go2court.com
              Christopher H Purcell    on behalf of Creditor    Landrover Capital Group shermlaw13@aol.com
              Christopher H Purcell    on behalf of Creditor    Ford Motor Credit Company LLC shermlaw13@aol.com
              Deborah  Kanner Ebner    dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
              Deborah  Kanner Ebner    on behalf of Trustee Deborah  Kanner Ebner dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
              Karen R Goodman, ESQ    on behalf of Creditor    Midwest Business Credit LLC
               kgoodman@shefskylaw.com,  sfdocket@shefskylaw.com
              Martin J. Weisenburger    on behalf of Plaintiff    Everflora Chicago, Inc. martt1@softhome.net
              Martin J. Weisenburger    on behalf of Debtor    Everflora Chicago, Inc. martt1@softhome.net
              Michael L Sherman    on behalf of Creditor    Landrover Capital Group shermlaw1@aol.com
              Michael L Sherman    on behalf of Creditor    Ford Motor Credit Company LLC shermlaw1@aol.com
              Michelle A Mendez    on behalf of Creditor    Blue Cross Blue Shield of Illinois a division of
               Health Care Service Corp mmendez@crb-law.com,  kim@crb-law.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 12
```